IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

SAM TELL AND SONS, INC.

        Plaintiff,

v.

SINGER EQUIPMENT CO.,

        Defendant.

Case No. 16-cv-07133 (SJF)(GRB)

**FILED**
**CLERK**
3:30 pm, Feb 17, 2017
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the voluntary dismissal of the above-captioned action without prejudice, each party to bear its own costs and attorneys' fees.

/s/ Steven J. Harfenist
Steven J. Harfenist (SH6930)
**Harfenist Kraut & Perlstein LLP**
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
Tel.:  (516) 355-9600
Fax:  (516) 355-9601
Email: sharfenist@hkplaw.com

*Attorneys for Plaintiff Sam Tell And Sons, Inc.*

Dated: February 16, 2017

/s/ Lauren A. Isaacoff
Lauren A. Isaacoff (LI2582)
**Buchanan Ingersoll & Rooney PC**
1290 Avenue of the Americas, 30th Floor
New York, New York 10104
Tel.:  212-440-4400
Fax:  212-440-4401
Email: Lauren.Isaacoff@bipc.com

*Attorneys for Defendant Singer Equipment Co.*

Dated: February 16, 2017

The Clerk of Court is directed to close this case.
So ordered.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J
2/17/2017